```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16867
   JANICE M YOUNG
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5131


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/17/2007 and was confirmed 12/10/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 05/12/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
   HSBC AUTO FINANCE        SECURED VEHIC    10319.65        318.37        1485.62
   HSBC MORTGAGE SERVICES   CURRENT MORTG        .00            .00            .00
   HSBC MORTGAGE SERVICES   MORTGAGE ARRE    22378.10           .00            .00
   INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED           .00            .00
   ILLINOIS DEPT OF REV     PRIORITY           994.14           .00            .00
   ILLINOIS DEPT OF REV     UNSECURED           86.25           .00            .00
   B-REAL LLC               UNSECURED          511.28           .00            .00
   RESURGENT CAPITAL SERVIC UNSECURED          489.45           .00            .00
   PHILIP A IGOE            DEBTOR ATTY      3,274.00                        833.21
   TOM VAUGHN               TRUSTEE                                          212.80
   DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE               2,850.00

   PRIORITY                                           .00
   SECURED                                       1,485.62
      INTEREST                                     318.37
   UNSECURED                                          .00
   ADMINISTRATIVE                                   833.21
   TRUSTEE COMPENSATION                             212.80
   DEBTOR REFUND                                       .00
                         ---------------       ---------------
   TOTALS                2,850.00               2,850.00




               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16867 JANICE M YOUNG
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
        CASE NO. 07 B 16867 JANICE M YOUNG
```